UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
June 29, 2011

Nos. 10-1833, 10-2415, 10-2518 and 10-2519

United States of America
v.
Jose J. Lopez, Appellant
Appellant No. 10-1833

United States of America
v.
Pedro Esparza-Diaz, Appellant
Appellant No. 10-2415

United States of America
v.
Pedro Manuel Arrelucea-Zamudio, Appellant
Appellant No. 10-2518

United States of America
v.
Silvestre Brito-Hernandez, Appellant
Appellant No. 10-2519

(D.N.J. Nos. 09-cr-00623-1, 09-cr-00449-1, 08-cr-00136-1 and 08-cr-007811-1)

Present:      FISHER, JORDAN and COWEN, Circuit Judges.

1.      Motion by Appellant in 10-1833 to amend the opinion filed on
        6/16/11

                                        Respectfully,
                                        Clerk/tyw

_____ORDER_____
The foregoing motion is granted.

                          By the Court,

                          */s/ D. Michael Fisher*
                          Circuit Judge

Dated:      June 30, 2011
tyw/cc:     Lisa Van Hoeck, Esq.
            Lisa E. Lewis, Esq.
            Mark E. Coyne, Esq.
            Caroline A. Sadlowski, Esq.
            Jennifer H. Chin, Esq.
            Steven G. Sanders, Esq.
            Maggie F. Moy, Esq.